

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00118-CV

---

Ruben Dario Almela, Appellant

v.

The Promised Land Holdings, L.P., Appellee

---

On Appeal from the 41st District Court
El Paso County, Texas
Trial Court No. 2025DCV5187

---

## MEMORANDUM OPINION

Appellant, Ruben Dario Almela, attempts to appeal from the trial court's March 13, 2026 order granting the appellee's motion to dismiss and dismissing Almela's claims with prejudice. However, the trial court's order granted a request for an award of attorney's fees without setting the amount of attorney's fees. As a result, the order did not dispose of all claims and all parties, and did not constitute a final judgment. *See Farm Bureau Cnty. Mut. Ins. Co. v. Rogers*, 455 S.W.3d 161, 164 (Tex. 2015) (per curiam); *Hill v. Lievanos*, No. 08-23-00151-CV, 2023 WL 4295854, at

*1 (Tex. App.—El Paso June 30, 2023, no pet.) (mem. op.); *Chado v. PNL Blackacre, L.P.*, No. 05-04-00312-CV, 2005 WL 428824, at *1 (Tex. App.—Dallas Feb. 24, 2005, no pet.) (mem. op.).

On March 24, 2026, we issued an order questioning our jurisdiction and directing Almela to show, on or before April 3, 2026, why this appeal should not be dismissed for want of jurisdiction. Almela has not filed a response.

We dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *Rogers*, 455 S.W.3d at 164. We dismiss any pending motions as moot.

MARIA SALAS MENDOZA, Chief Justice

April 14, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.